J.S54014-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| COREY MAXEY, | : | |
| | : | |
| Appellant | : | No. 2821 EDA 2014 |

Appeal from the Judgment of Sentence August 7, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-15146-2013

BEFORE: BOWES, PANELLA , AND FITZGERALD, JJ.[*]

CONCURRING STATEMENT BY FITZGERALD, J.:   **FILED JANUARY 05, 2016**

I agree with the learned majority that the evidence did not sustain Appellant's conviction for terroristic threats.  I write separately to state my view that under appropriate circumstances, physical gestures or other symbols may "convey" a threat to commit a crime of violence with the intent to terrorize another.  ***See*** 18 Pa.C.S. § 2706(a)(1), (e).  However, such circumstances were not present in this case.  Thus, I concur.

---

[*] Former Justice specially assigned to the Superior Court.